# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ERIC ROGERS,                      :    No. 30 EM 2020

            Petitioner          :

           v.                       :

COMMONWEALTH OF PENNSYLVANIA,    :
PHILADELPHIA DISTRICT ATTORNEY     :
OFFICE, LAWRENCE KRASNER,         :
DEPARTMENT OF CORRECTIONS,      :
PADOC,                              :

          Respondents       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of May, 2020, the "Petition for Release" and the "Motion to Expedite King's Bench Proceedings" are DENIED.